BEFORE THE SECOND DIVISION, JUNE 6, 1941

**No. 46022.**—Protests 654758–G, etc., of S. Schapiro & Sons (Baltimore).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cotton rags similar to those the subject of *United States .v. Schapiro* (24 C. C. P. A. 343, T. D. 48771). The claim for free entry under paragraph 1750 was therefore sustained.

BEFORE THE THIRD DIVISION, JUNE 6, 1941

**No. 46023.**—Protests 953302–G (B), etc., of Bohemian Distributing Co. et al. (Los Angeles, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 9, 1941

**No. 46024.**—Protests 908861–G, etc., of Jordan Marsh Co. et al. (Boston).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hats similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

BEFORE THE SECOND DIVISION, JUNE 9, 1941

**No. 46025.**—Protests 689734–G, etc., of S. Schapiro & Sons (St. Louis).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771), the rags in question were held free of duty as paper stock under paragraph 1750 as claimed.

**No. 46026.**—Protests 707306–G, etc., of Max Sandherr, Inc. (New York).

Opinion by KINCHELOE, J. The protests were sustained as to cotton articles which were assessed with compensating taxes under the Agricultural Adjustment Act. It was held that the collector took wrong dates of exportation in converting the currency.